UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JUSTIN PAULIN, ) | |
| ) | |
|    Movant ) | |
| ) | |
| v. ) | Nos. 2:10-cv-00087-GZS |
| ) |       2:12-cv-00290-GZS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Respondent ) | |
| ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on May 24, 2013, her Recommended Decision (ECF No. 101).  Plaintiff filed his Objection to the Recommended Decision (ECF No. 103) and a Motion to Accept Objection (ECF No. 104) on June 17, 2013.  Defendant's Motion to Accept his untimely filed Objection is hereby **GRANTED**.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1. It is hereby **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.      It is hereby **ORDERED** that the Plaintiff's 28 U.S.C. § 2255 Motion is summarily **DENIED**.

    3.      It is also hereby **ORDERED** that no certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

                                  /s/George Z. Singal
                                  U.S. District Judge

Dated this 9th day of July, 2013.